SIALKOT IMPORTING CORP. v. NORMAN BERLIN et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See ante, p. 933.]

EMANUEL N. BISSO v. MILDRED B. BISSO et al.— Motion for leave to appeal to the Court of Appeals or for a reargument denied and stay vacated. Present — Martin, P. J., Townley, Dore, Callahan and Wasservogel, JJ. [See ante, p. 978.]

MARGARET SNODGRASS v. CHARLES ENGELSHER, Doing Business under the Name of PARKCHESTER GENERAL HOSPITAL.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 970.]

In the Matter of the Accounting of KATHARINE D. GRUNER, as Administratrix with the Will Annexed of OTTO H. GRUNER, Deceased. UNITED STATES OF AMERICA et al., as Creditors; NEW YORK TRUST COMPANY, a Creditor.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See ante, p. 973.]

SOPHIE ROBINSON v. ATLANTIC & PACIFIC TEA CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Dore, Cohn, Callahan and Wasservogel, JJ. [See ante, p. 977.]

AURORA KOBLACK v. HENRY D. CROTEAU.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See ante, p. 972.]

ANNE E. BATCHELOR v. CLARENCE D. BATCHELOR.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 973.]

WALTER D. C. JOHNSON v. A. B. CHOWN, as Chairman of TRUNK LINE CENTRAL PASSENGER ASSOCIATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 973.]

EDWARD GIBBONS, as Administrator of the Estate of WILLIAM GIBBONS, Deceased, v. CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument denied. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ. [See ante, p. 969.]

MARY DOUGLASS v. CITY OF NEW YORK.— Motion for reconsideration of the decision of this court made on April 9, 1943 [266 App. Div. 717], and for other relief denied. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.